UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

DIANA CONKLIN
individually and on behalf of
all others similarly situated          **Plaintiff**

Docket No. 09-2242

-against-

Aegis Receivables Management, Inc.     **Defendant**

_____--

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice to the individual Plainiff but without prejudice to the putative class members and without costs to either party. This stipulation may be filed without further notice with the clerk of the Court.

S//_____     9-8-09
**Joseph Mauro, Esq.**            Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//_____     9-8-09
**Michael Jason Cohen, Esq.**      Date
Winne, Banta, Hetherington, Basralian &
Kahn, P.C.
Court Plaza South - East Wing
21 Main Street  -  PO Box 647
Hackensack, NJ 07601
Attorney for Defendant